**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIAZONA HENG, | ) Case No.: 2:25-cv-11006-MAR |
| Plaintiff, | ) |
| | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. §§ 1920; 2412 |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: 5/19/26

THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

-1-